UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| YOANDY FERNANDEZ MORALES,<br><br>                         Plaintiff<br><br>   v.<br><br>SHEDDY, et al.,<br><br>                         Defendants | Case No. 2:22-cv-00782-JAD-DJA<br><br>ORDER |

This matter is before the Court on Plaintiff Yoandy Fernandez Morales' motion to obtain a Spanish translator for his inmate early mediation conference. (ECF No. 5.) The Court finds good cause to grant the motion.

It is therefore ordered that the motion to obtain a Spanish translator (ECF No. 5) is granted. The Court's inmate coordinator will arrange for a Spanish translator to be available at Plaintiff's inmate early mediation conference.

DATED this 8th day of February 2023.

_____
UNITED STATES MAGISTRATE JUDGE