UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Yoandy Fernandez Morales,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Sheddy, et al.,<br><br>　　　　　Defendants. | Case No. 2:22-cv-00782-JAD-DJA<br><br>**Order** |

　　　　Before the Court is Plaintiff's motion to extend copy work. (ECF No. 44). Also before the Court is Defendants' motion to extend time to file dispositive motions. (ECF No. 43). The Court grants both motions.

　　　　Plaintiff moves to extend his copy work limit by $20.00. Under NDOC Administrative Regulation 722.01(7), copies of legal documents may be made for inmates for a nominal fee. Inmates "can only accrue a maximum of $100 debt for copy work expenses for all cases, not per case." NDOC Regulation 722.01(7)(D). However, a court may "order a prison to provide limited photocopying when it is necessary for an inmate to provide copies to the court and other parties." *Allen v. Clark Cnty. Det. Ctr.*, 2:10-CV-00857- RLH-GWF, 2011 WL 886343, \*2 (D. Nev. Mar. 11, 2011). Here, the Court finds it necessary to extend Plaintiff's copy work limit, given that Plaintiff is indigent, has been actively litigating his case, and has multiple cases. The Court therefore grants Plaintiff's motion. Plaintiff's copy work limit shall be increased by $20.00 at this time. If Plaintiff exhausts the $20.00 and requires additional funds, he may file a motion requesting an extension of the limit. Plaintiff is further advised to use his copying privileges sparingly, and to refrain from filing numerous and duplicative motions.

　　　　Defendants move to extend the dispositive motion deadline, which was set for October 31, 2023. (ECF No. 43). Defendants explain that they filed an early motion for summary judgment

regarding procedural issues (ECF No. 32), which is still pending. Defendants move to extend the dispositive motion deadline until thirty days after the Court's decision on their early motion for summary judgment.

The Court finds that the good cause standard applies under Federal Rule of Civil Procedure 6(b)(1) and Federal Rule of Civil Procedure 16(b)(4). And the Court finds that Defendants have met that standard. Additionally, Plaintiff has not responded to the motion, constituting his consent to the Court granting it under Local Rule 7-2(d).

**IT IS THEREFORE ORDERED** that Plaintiff's motion to extend copy work (ECF No. 44) is **GRANTED**. Plaintiff's copy work limit is increased by $20.00.

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to mail a copy of this order to the Chief of Inmate Services for NDOC, P.O. Box 7011, Carson City, NV 89702.

**IT IS FURTHER ORDERED** that Defendants' motion to extend time (ECF No. 43) is **granted.** The dispositive motion deadline shall be thirty days after the Court decides Defendants' motion for early summary judgment (ECF No. 32).

DATED: December 13, 2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE