# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Yoandy Fernandez Morales,<br><br>              Plaintiff,<br><br>      v.<br><br>Sheddy, et al.,<br><br>              Defendants. | Case No. 2:22-cv-00782-JAD-DJA<br><br>**Order** |

This matter is before the Court on the return of Plaintiff's mail. (ECF No. 54). The Court received notice that Plaintiff's mail was not deliverable because he is no longer housed at the High Desert State Prison. (*Id.*). Under Local Rule IA 3-1,

> An attorney or pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court.

The Court will therefore order Plaintiff to update his address. Public records indicate that Plaintiff is now residing at the Northern Nevada Correctional Center.

///

///

///

**IT IS THEREFORE ORDERED** that Plaintiff must update his address by **August 22, 2024.** Failure to comply with this order may result in a recommendation to the District Judge that this case be dismissed. The Clerk of Court is kindly directed to send a copy of this order to Plaintiff at his current address and at the below address.

**Yoandy Fernandez-Morales #1201578**
Northern Nevada Correctional Center
PO Box 7000
Carson City, Nevada 89702

DATED: July 23, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE